IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| IN THE MATTER OF <br> THE COMPLAINT OF <br> GYPSUM TRANSPORTATION, LIMITED <br> FOR EXONERATION FROM OR <br> LIMITATION OF LIABILITY | * <br> <br> * <br> Civil Action No.: <br> * <br> WMN 02 CV 1186 |

* * * * * * * * *

### ORDER ALLOWING FILING OF *AD INTERIM* STIPULATION FOR VALUE

Gypsum Transportation, Limited ("GTL") having filed a Complaint for Exoneration from or Limitation of Liability as owner of the M/V A.V. KASTNER, and having provided for due appraisal of the value of its interest in the vessel as may be ordered by this Court upon motion of any claimant, and it appearing from the Declarations and Appraisal filed therewith that the value of GTL's interest in the said M/V A.V. KASTNER as of February 25, 2002, was not in excess of $8,977,413.00, and good cause appearing for the entry of an Order allowing filing of GTL's *Ad Interim* Stipulation for Value, it is this 8th day of April, 2002, by the United States District Court for the District of Maryland,

ORDERED, that GTL may file an *Ad Interim* Stipulation for Value in the amount of $8,977,413.00 with interest at the rate of six percent (6%) per annum from the date of filing of such security, and with security for costs in the amount of One Thousand Dollars ($1,000.00) pursuant to Local Admiralty Rule (f) of the Court; and it is further

ORDERED, that any claimant in or party to this proceeding may apply by motion to have the amount of such *Ad Interim* Stipulation for Value increased or diminished as

the case may be on the filing of any report of due appraisement of GTL's interest in the Vessel ordered by the Court, or on the ultimate determination of the Court on exceptions to any such appraisement report.

_____
United States District Judge