IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| IN THE MATTER OF<br>THE COMPLAINT OF<br>GYPSUM TRANSPORTATION, LIMITED<br>FOR EXONERATION FROM OR<br>LIMITATION OF LIABILITY | *<br>*<br>*<br>*<br>*    WMN 02 CV 1186<br>Civil Action No.: |

\* \* \* \* \* \* \* \* \* \* \* \*

## RESTRAINING ORDER
## AND ORDER FOR ISSUANCE OF NOTICE THAT CLAIMS BE FILED

Gypsum Transportation, Limited ("GTL") having filed a Complaint for Exoneration from or Limitation of Liability as owner of the M/V A.V. KASTNER, claiming the right to exoneration from or limitation of liability pursuant to 46 U.S.C. app. §§ 181-189 for any loss, damage, injury or destruction caused by or resulting from a collision on the Elk River in Maryland on or about February 25, 2002, or otherwise caused or resulting during the voyage on which the Vessel was then engaged, and said Complaint also stating the facts and circumstances on which said exemption from and limitation of liability are claimed, and good cause appearing for the entry of a restraining order and order for issuance of a notice that claims be filed as prayed for in the Complaint, it is this 8th day of April, 2002, by the United States District Court for the District of Maryland,

ORDERED that a Notice issue out of this Court against all persons claiming damages for any and all loss, damage, injury, or destruction or any other claim occasioned by or resulting from the casualty or voyage complained of, citing them to

appear before this Court and file their respective claims with the Clerk of this Court on or before June 11, 2002 at 5:00 p.m. and to serve on or mail to counsel for GTL a copy of such claims, with the right of any claimant desiring to contest the right of GTL to exoneration from or limitation of liability to answer the Complaint on or before June 11, 2002 at 5:00 p.m., and it is further

ORDERED, that said Notice be given by the publication thereof in *The Sun* of Baltimore once a week for four successive weeks before prior to June 11, 2002, the first such publication to be at least forty-five (45) days before said return date, and that on or before the date of the second such publication a copy of the Notice be mailed to every person or entity known to have made any claim against the M/V A.V. KASTNER or GTL arising out of the collision of February 25, 2002 or the voyage on which the M/V A.V. KASTNER was then engaged and to any decedent at the last address of such decedent known to GTL; and it is further

ORDERED, that the beginning or prosecution of any and all suits, actions or proceedings of any nature or description whatever other than this action against the M/V A.V. KASTNER or GTL, and/or their officers, agents, servants, or employees in respect of any claim arising out of, consequent upon, or in connection with the collision that took place on or about February 25, 2002, or the voyage upon which the vessel was then engaged, be and hereby is stayed and restrained until the hearing and determination of this action and until further order of this Court; and it is further

ORDERED, that the service of this Order as a restraining order may be made by delivering a copy of this Order to the person or entity to be restrained or to his or its

counsel of record in any suit, action or proceeding, or by mailing a copy of this Order by regular first-class mail and certified mail, return receipt requested, to the person or entity to be restrained or to his or its counsel of record in any suit, action or proceeding.

_____
United States District Judge